E-FILED
Monday, 04 October, 2004 03:45:26 PM
Clerk, U.S. District Court, ILCD

IN THE ~~CIRCUIT COURT FOR THE~~ US DISTRICT JUDICIAL COURT

~~CENTRAL DISTRICT OF~~ ~~COUNTY, ILLINOIS~~

CENTRAL DISTRICT OF

Angela Little, K87691 )
    Petitioner, )
  )
v. )    No. 04-1340
  )
Alyssa Williams, Warden )
    Respondent. )

---

### APPLICATION TO SUE OR DEFEND AS A POOR PERSON

Applicant, __Angela Little__, respectfully requests the Court, pursuant to Illinois [ see 735 ILCS 5/5-105] and Rule 298 of the Illinois Supreme Court, to grant (him/her) leave to (sue/defend) as a poor person; in support applicant states that the following facts are true in substance and in fact:

1. I am the (Petitioner/Respondent) in the above captioned legal proceedings.
2. I am a poor person and unable to (prosecute/defend) this action and am unable to pay the costs, fees and expenses of this action.
3. My occupation or means of subsistence:
   (a) I am not currently employed due to my imprisonment at __Dwight__ Correctional Center but I receive (a state stipend/nominal wages) of $ __15.00__ per month.
   (b) The amount and source of all other income or support are: __None__
4. My total income for the preceding year was $ __597.15__.
5. The sources and amount of income expected by me hereafter are: __institutional pay__
6. The nature and current value of any property, real or personal, owned by me:
   (a) Real Estate: __Ø__
      value: ____
   (b) Motor Vehicle: __Ø__
      value: ____
   (c) Cash, saving, checking, etc. __Ø__
      value: ____
   (d) Prison trust account: __Ø__
      value: ____
   (e) Other (eg., T.V., etc.) __Ø__
      value: ____
7. No applications for leave to sue or defend as a poor person were filed by me or on my behalf during the preceding year, except as follows:

---

8. I believe in good faith that I have a meritorious (claim/defense).

           _Angela Little_
           (Your Signature)
           Type or print name __Angela Little__
           Register Number: __K87691__
           __Dwight__ Correctional Center
           ~~Box~~ __23813 E. 3200 N. Rd.__
           __Dwight__, Illinois __60420__
           (Petitioner/Respondent), Pro Se

FILED

OCT 04 2004

SCANNED
DATE: __OCT__ BY: __10/4/04__

Revised Jan 2002



# Dwight Correctional Center
## Inmate Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2003 thru End;     Inmate: K87691;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: K87691  Little, Angela M.**                  **Housing Unit: DWI-01-02-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/08/03 | Disbursements | 80 Postage | 342314 | Chk #91189 | 80120803 - DOC: Postage | -2.96 | 91.73 |
| 12/09/03 | Disbursements | 88 K87691 CALENDAR | 343314 | Chk #91262 | 264120803 - Christian Book Dis | -11.49 | 80.24 |
| 12/10/03 | Disbursements | 80 Postage | 344314 | Chk #91288 | 80120903 - DOC: Postage | -2.59 | 77.65 |
| 12/10/03 | Disbursements | 80 Postage | 344314 | Chk #91288 | 80120903 - DOC: Postage | -4.07 | 73.58 |
| 12/11/03 | Point of Sale | 60 Commissary | 345789 | 213536 | Commissary | -59.61 | 13.97 |
| 12/15/03 | Mail Room | 01 MO/Checks (Not Held) | 349234 | 05842084836 | Colham, Nina | 20.00 | 33.97 |
| 12/17/03 | Mail Room | 01 MO/Checks (Not Held) | 351222 | 86778 | McPherson, Bev | 25.00 | 58.97 |
| 12/17/03 | Mail Room | 01 MO/Checks (Not Held) | 351222 | 86777 | McPherson, Bev | 50.00 | 108.97 |
| 12/18/03 | Disbursements | 80 Postage | 352314 | Chk #91307 | 312172003 - DOC: Postage | -.74 | 108.23 |
| 12/19/03 | Point of Sale | 60 Commissary | 353789 | 214139 | Commissary | -108.90 | -.67 |
| 01/09/04 | Payroll | 20 Payroll Adjustment | 009114 | | ICI MONTH OF 12-03 | 49.25 | 48.58 |
| 01/12/04 | Mail Room | 01 MO/Checks (Not Held) | 012222 | 86986 | McPherson, Beverly | 50.00 | 98.58 |
| 01/12/04 | Disbursements | 82 ID Cards, Keys, Locks | 012314 | Chk #91499 | 06121903 - DOC: Keys/Ids/Locks | -4.00 | 94.58 |
| 01/12/04 | Disbursements | 90 Medical Co-Pay | 012314 | Chk #91504 | 90011204 - DOC: Medical Copies | -2.00 | 92.58 |
| 01/13/04 | Disbursements | 80 Postage | 013314 | Chk #91551 | 80011204 - DOC: Postage | -.74 | 91.84 |
| 01/15/04 | Point of Sale | 60 Commissary | 015785 | 215364 | Commissary | -39.19 | 52.65 |
| 01/16/04 | Disbursements | 88 K87691 PERSONAL | 016314 | Chk #91608 | 264011604 - Christian Book Dis | -15.97 | 36.68 |
| 01/22/04 | Point of Sale | 60 Commissary | 022789 | 215860 | Commissary | -33.63 | 3.05 |
| 01/23/04 | Disbursements | 80 Postage | 023314 | Chk #91674 | 80012104 - DOC: Postage | -.37 | 2.68 |
| 01/30/04 | Disbursements | 90 Medical Co-Pay | 030314 | Chk #91694 | 90013004 - DOC: Medical Copies | -2.00 | .68 |
| 02/05/04 | Mail Room | 01 MO/Checks (Not Held) | 036222 | 4380802111 | McPherson, Bev | 50.00 | 50.68 |
| 02/06/04 | Payroll | 20 Payroll Adjustment | 037114 | | ICI MONTH OF JANUARY 2004 | 49.25 | 99.93 |
| 02/12/04 | Point of Sale | 60 Commissary | 043785 | 217007 | Commissary | -54.58 | 45.35 |
| 02/13/04 | Disbursements | 80 Postage | 044314 | Chk #91813 | 80021004 - DOC: Postage | -1.75 | 43.60 |
| 02/20/04 | Point of Sale | 60 Commissary | 051785 | 217626 | Commissary | -40.42 | 3.18 |
| 02/20/04 | Disbursements | 90 Medical Co-Pay | 051314 | Chk #91827 | 90021904 - DOC: Medical Copies | -2.00 | 1.18 |
| 02/20/04 | Mail Room | 01 MO/Checks (Not Held) | 051222 | 1100 | McPherson, Beverly | 50.00 | 51.18 |
| 02/27/04 | Disbursements | 80 Postage | 058314 | Chk #91900 | 80022304 - DOC: Postage | -.37 | 50.81 |
| 02/27/04 | Disbursements | 88 K87691 BOOKS | 058314 | Chk #91910 | 264022404 - Christian Book Dis | -28.97 | 21.84 |
| 03/04/04 | Point of Sale | 60 Commissary | 064788 | 218184 | Commissary | -21.02 | .82 |
| 03/04/04 | Point of Sale | 60 Commissary | 064788 | 218189 | Commissary | 1.55 | 2.37 |
| 03/04/04 | Disbursements | 80 Postage | 064314 | Chk #91946 | 80030204 - DOC: Postage | -.74 | 1.63 |
| 03/05/04 | Mail Room | 01 MO/Checks (Not Held) | 065222 | 06397251704 | Dodge, Bob | 50.00 | 51.63 |
| 03/10/04 | Point of Sale | 60 Commissary | 070785 | 218621 | Commissary | -22.64 | 28.99 |
| 03/11/04 | Mail Room | 01 MO/Checks (Not Held) | 071222 | 1150 | McPherson, Bev | 50.00 | 78.99 |
| 03/12/04 | Payroll | 20 Payroll Adjustment | 072114 | | ICI MONTH OF 2-04 | 49.25 | 128.24 |
| 03/19/04 | Point of Sale | 60 Commissary | 079793 | 219373 | Commissary | -28.25 | 99.99 |
| 03/19/04 | Point of Sale | 60 Commissary | 079793 | 219375 | Commissary | -40.94 | 59.05 |
| 03/25/04 | Disbursements | 88 K87691 PERSONAL | 085314 | Chk #92127 | 5142032404 - Well Connected | -14.15 | 44.90 |
| 03/26/04 | Point of Sale | 60 Commissary | 086795 | 219919 | Commissary | -42.07 | 2.83 |
| 04/02/04 | Mail Room | 01 MO/Checks (Not Held) | 093222 | 1181 | McPherson, Bev | 50.00 | 52.83 |
| 04/05/04 | Disbursements | 80 Postage | 096314 | Chk #92219 | 80040104 - DOC: Postage | -.74 | 52.09 |
| 04/08/04 | Point of Sale | 60 Commissary | 099793 | 220451 | Commissary | -42.92 | 9.17 |
| 04/08/04 | Mail Room | 01 MO/Checks (Not Held) | 099222 | 4380802519 | McPherson, Bev | 25.00 | 34.17 |
| 04/08/04 | Mail Room | 01 MO/Checks (Not Held) | 099222 | 4380802518 | McPherson, Bev | 50.00 | 84.17 |

d_list_inmate_trans_statement_composite

**Dwight Correctional Center**
**Inmate Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA  -  Date: 08/01/2003 thru End;      Inmate: K87691;      Active Status Only ? : No;      Print
Restrictions ? : Yes;      Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include
Inmate Totals ? : Yes;      Print Balance Errors Only ? : No

**Inmate: K87691  Little, Angela M.**                              **Housing Unit: DWI-01-02-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 04/09/04 | Payroll | 20 Payroll Adjustment | 100114 | | ICI MONTH OF 3-04 | 44.40 | 128.57 |
| 04/09/04 | Disbursements | 80 Postage | 100314 | Chk #92231 | 80040904 - DOC: Postage | -.37 | 128.20 |
| 04/09/04 | Disbursements | 80 Postage | 100314 | Chk #92231 | 80040904 - DOC: Postage | -1.85 | 126.35 |
| 04/13/04 | Disbursements | 80 Postage | 104314 | Chk #92238 | 80041304 - DOC: Postage | -.74 | 125.61 |
| 04/13/04 | Disbursements | 88 K87691 PHOTO COPIES | 104314 | Chk #92277 | 63040704 - Niles Photo Co. | -5.00 | 120.61 |
| 04/16/04 | Point of Sale | 60 Commissary | 107795 | 221161 | Commissary | -49.77 | 70.84 |
| 04/22/04 | Point of Sale | 60 Commissary | 113795 | 221765 | Commissary | -58.26 | 12.58 |
| 05/05/04 | Mail Room | 01 MO/Checks (Not Held) | 126222 | 06706657642 | McPherson, Wayne | 50.00 | 62.58 |
| 05/05/04 | Disbursements | 80 Postage | 126314 | Chk #92442 | 80050404 - DOC: Postage | -1.09 | 61.49 |
| 05/06/04 | Point of Sale | 60 Commissary | 127793 | 222365 | Commissary | -11.42 | 50.07 |
| 05/07/04 | Payroll | 20 Payroll Adjustment | 128114 | | ICI MONTH OF 4-04 | 49.25 | 99.32 |
| 05/11/04 | Disbursements | 80 Postage | 132314 | Chk #92456 | 80051104 - DOC: Postage | -.74 | 98.58 |
| 05/13/04 | Point of Sale | 60 Commissary | 134793 | 223099 | Commissary | -44.22 | 54.36 |
| 05/19/04 | Point of Sale | 60 Commissary | 140797 | 223710 | Commissary | -53.93 | .43 |
| 05/19/04 | Disbursements | 80 Postage | 140314 | Chk #92562 | 80051904 - DOC: Postage | -.37 | .06 |
| 06/01/04 | Mail Room | 01 MO/Checks (Not Held) | 153234 | 1277 | McPherson, Bev | 50.00 | 50.06 |
| 06/03/04 | Point of Sale | 60 Commissary | 155715 | 224379 | Commissary | -37.86 | 12.20 |
| 06/07/04 | Payroll | 20 Payroll Adjustment | 159114 | | ICI MONTH OF 5-04 | 46.82 | 59.02 |
| 06/09/04 | Mail Room | 01 MO/Checks (Not Held) | 161222 | 4392630802 | McPherson, Beverly | 50.00 | 109.02 |
| 06/09/04 | Mail Room | 01 MO/Checks (Not Held) | 161222 | 4392630803 | McPherson, Beverly | 50.00 | 159.02 |
| 06/10/04 | Point of Sale | 60 Commissary | 162793 | 224918 | Commissary | -54.69 | 104.33 |
| 06/10/04 | Disbursements | 88 K87691 HEADPHONE REPA | 162314 | Chk #92714 | 568060104 - Koss Corporation | -6.00 | 98.33 |
| 06/10/04 | Disbursements | 80 Postage | 162314 | Chk #92769 | 80060304 - DOC: Postage | -.49 | 97.84 |
| 06/14/04 | Point of Sale | 60 Commissary | 166793 | 225309 | Commissary | -88.08 | 9.76 |
| 06/18/04 | Disbursements | 80 Postage | 170314 | Chk #92782 | 80061504 - DOC: Postage | -.74 | 9.02 |
| 06/25/04 | Disbursements | 88 K87691 ACCT 424-5X8 | 177314 | Chk #92874 | 61060104 - United Parcel Servi | -4.93 | 4.09 |
| 06/28/04 | Mail Room | 01 MO/Checks (Not Held) | 180222 | 1108977 | Christian Book Dist | 13.28 | 17.37 |
| 06/30/04 | Disbursements | 88 K87691 TAPES | 182314 | Chk #92898 | 264062904 - Christian Book Dis | -8.49 | 8.88 |
| 07/05/04 | Point of Sale | 60 Commissary | 187795 | 226015 | Commissary | -8.45 | .43 |
| 07/06/04 | Mail Room | 01 MO/Checks (Not Held) | 188222 | 88228 | McPherson, Bev | 50.00 | 50.43 |
| 07/09/04 | Payroll | 20 Payroll Adjustment | 191114 | | ICI MONTH OF 6-04 | 73.50 | 123.93 |
| 07/09/04 | Disbursements | 80 Postage | 191314 | Chk #92922 | 80070204 - DOC: Postage | -.37 | 123.56 |
| 07/12/04 | Point of Sale | 60 Commissary | 1947100 | 226599 | Commissary | -50.90 | 72.66 |
| 07/19/04 | Disbursements | 80 Postage | 201311 | Chk #93035 | 80071304 - DOC: Postage | -.60 | 72.06 |
| 07/19/04 | Point of Sale | 60 Commissary | 2017100 | 227379 | Commissary | -70.15 | 1.91 |
| 07/23/04 | Mail Room | 01 MO/Checks (Not Held) | 205222 | 4392631059 | McPherson, Bev | 50.00 | 51.91 |
| 08/02/04 | Point of Sale | 60 Commissary | 215767 | 228044 | Commissary | -45.25 | 6.66 |
| 08/06/04 | Payroll | 20 Payroll Adjustment | 219114 | | ICI MONTH OF 7-04 | 58.95 | 65.61 |
| 08/06/04 | Disbursements | 80 Postage | 219314 | Chk #93160 | 80080504 - DOC: Postage | -2.21 | 63.40 |
| 08/06/04 | Disbursements | 80 Postage | 219314 | Chk #93160 | 308022004 - DOC: Postage | -.74 | 62.66 |
| 08/09/04 | Point of Sale | 60 Commissary | 2227100 | 228616 | Commissary | -58.84 | 3.82 |
| 08/24/04 | Point of Sale | 60 Commissary | 237715 | 229364 | Commissary | -3.31 | .51 |
| 09/07/04 | Mail Room | 01 MO/Checks (Not Held) | 251222 | 07094264646 | McPherson, Beverly | 50.00 | 50.51 |
| 09/08/04 | Payroll | 20 Payroll Adjustment | 252114 | | ICI MONTH OF 8-04 | 73.50 | 124.01 |
| 09/13/04 | Point of Sale | 60 Commissary | 257767 | 230535 | Commissary | -59.73 | 64.28 |



# Dwight Correctional Center
## Inmate Trust Fund

### Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2003 thru End;　　Inmate: K87691;　　Active Status Only ? : No;　　Print
Restrictions ? : Yes;　　Transaction Type: All Transaction Types;　　Print Furloughs / Restitutions ? : Yes;　　Include
Inmate Totals ? : Yes;　　Print Balance Errors Only ? : No

## Inmate: K87691 Little, Angela M.　　　　　Housing Unit: DWI-01-02-07

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 09/13/04 | Disbursements | 80 Postage | 257314 | Chk #93349 | 309092004 - DOC: Postage | -.74 | 63.54 |
| 09/14/04 | Mail Room | 01 MO/Checks (Not Held) | 258222 | 1428 . | McPherson, Bev | 50.00 | 113.54 |
| 09/14/04 | Mail Room | 01 MO/Checks (Not Held) | 258222 | 1429 | McPherson, Bev | 50.00 | 163.54 |
| 09/16/04 | Disbursements | 88 K87691 MAGAZINE | 260314 | Chk #93469 | 4887091404 - American Publishe | -37.90 | 125.64 |
| 09/20/04 | Point of Sale | 60 Commissary | 264715 | 231256 | Commissary | -114.11 | 11.53 |
| 09/27/04 | Disbursements | 80 Postage | 271314 | Chk #93520 | 80091704, DOC: Postage,　　Inv. Date: 09/17/2004 | -.74 | 10.79 |
| 09/28/04 | Mail Room | 01 MO/Checks (Not Held) | 272222 | 1470 | McPherson, Bev | 50.00 | 60.79 |

| | |
|---|---|
| Total Inmate Funds: | 60.79 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 60.79 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |



A. Little
K87691

## CERTIFICATE

**( TO BE COMPLETED FOR PRISONERS ONLY.  THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER)**

I hereby certify that the plaintiff or petitioner in this action has the sum of $ 607.9 in his trust fund account at this correctional center where is confined.  I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:_____

_____

_____

_____

*Amy Jensen*
Authorized Officer

*Dwight CC*
Institution

*Acct Tech II*
Title

*9/28/04*
Date

**IMPORTANT:**

**THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.**

Revised Jan 2002

### IN THE UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF ILLINOIS

United States of America ex rel.　　)
　　　　　　　　　　　　　　　　　　　)
Angela Little  K87691　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　PETITIONER　　　　　　　　　　　　)　　Case No. ___04-1340___
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　vs.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
Alyssa Williams, Warden　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
RESPONDENT　　　　　　　　　　　　　　)

---

### PETITION FOR WRIT OF HABEAS CORPUS

### PERSON IN STATE CUSTODY

---

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America ex rel.      )
Angela Little K87691                  )
                                      )
                                      )
PETITIONER                            )      CASE NO: _____
                                      )
                                      )
            vs.                       )
                                      )
                                      )
Alyssa Williams, Warden               )
                                      )
                                      )
RESPONDENT                            )
                                      )

---

**PETITION FOR WRIT OF HABEAS CORPUS _ PERSON IN STATE CUSTODY**

1. Name and location of court where conviction entered:  Ford

   County Courthouse, Paxton, Illinois  60957.

2. Date of judgment of conviction:  November 19, 1998.

3. Offence of which petitoiner was convicted: First Degree Murder.

4. Sentence imposed:  56 Years.

5. What was your plea?  Not guilty.


**PART I  TRIAL AND DIRECT REVIEW**

1. Kind of trial:  Jury trial.

2. Did you testify at trial?  No.

3. Did you appeal from the conviction or sentence imposed?  Yes.

   (A)  If you appealed, give the:

   1.  Name of the court:  Appellate Court 4th District.

   2.  Result:  Denied.

   3.  Date of ruling:  July 5, 2000.

   4.  Issues raised:The trial court erred by denying defendant's

motion to Supress statements made while in custody where the

defendant did not make a knowing and intelligent waiver of her

right

- 1 -

constitutional rights.

The court erred by denying defendant's motion to disniss where exculpatory evidence was destroyed by the State.

The court erred in barring the testimony of Dr. James Thomas, where expert testimony was admissible as to the effects of narcotics taken by the defendant and her seizure disorder on her ability to knowingly and intelligently waive her right against self-incrimination.

The court erred by barring defendant's expert Dr. Robert Chapmen from testifing regarding defendan't state of mind and intent to commit the offense charged.

The court erred by refusing to strike juror number 41 for cause where said juror lied under oath during the jury selection process.

The State failed to prove defendant's guilt beyond a reasonable doubt.

The court erred in sentencing the defendant to 56 years in the Department of Correction where she had no prior record and mitigating factors that favored a lesser sentence.

4. Did you appeal, or seek leave to appeal, to the highest court?

Yes.

(A) If yes, give the:

1. Result:  Denied.

2.  Date of ruling:  July 5, 2000.

3.  Issues raised:  Whether the trial court erred by denying defendant's motion to supress statements made while in custody where the defendant did not make a knowing and intelligent waiver of her Constitutional rights.

Whether the court erred by denying defendant's motion to dismiss where exculpitory evidence was destroyed by the State.

-2-

Whether the court erred in barring the testimony of Dr. James Thomas where expert testiomny was admissible as to the effects of narcotics taken by the defendant and her seizure disorder of her ability to knowingly and intelligently waive her right against self-incrimination.

Whether the court erred by barring defendant's expert Dr. Robert Chapman from testifing regarding defendant's state of mind and intent to commit the offense charged.

Whether the court erred by refusing to strike juror number 41 for cause where said juror lied under oath during the jury selection process.

Whether the court failed to prove defendant's guilt beyond a reasonable doubt.

Whether the trial court erred in sentencing the defendant to 56 years in the Department of Corrections where she has no prior record and mitigating factors favoring a lesser sentence.

5.  Did you petitoin the Unied States Court for a writ of certiorai?  Yes.

(A)  If yes, give (A) date of petition: January 19, 2001.

(B) date certiorari was denied: Dec. 4, 2000.

## PART II   COLLATERAL PROCEEDINGS

1.  With respect to this conviction or sentence, have you filed a post conviction petition in state court?    Yes.

(A)  Name of court:  Ford County Courthouse

(B)  Date of filing:  January 19, 2001.

(C)  Issues raised:  Petitoner was denied Due Process and the right to a fair trial by a panel of impartial jurors under the Unied Staets and Illinois Constitution, thereby denying petitoners Sixth and Fourteenth rights.

-3-

Petitoner was denied her Sixth Amendment right to counsel at both trial and on appeal for counsels failure to appeal trial courts denial of Motion to Change Venue during the pretrial proceedings and to raise issues on Direst Appeal.

Petitioners Fourteenth Amendment Due Process rights were violated by her inability to participate and assist in her defense due to her Dependant Persoanlity Disorder.

(D)   Did you recieve an evidentiary hearing on your petition?  No.

(E)   What was the court's ruling?  The issues raised were moot.

(F)   Date of Court's ruling?  April 10, 2001.

(G)   Did you appeal from the ruling on your petition?  Yes.

(H)   (a) If yes,  (1)  what was the result?  Denied.

(2)   date of decision:  January 8, 2003.

(I)   Did you appeal, or seek leave to appeal this decision to the highest state court?  Yes.

(a) If yes,  (1)  what was the result?  Denied.

(2)   date of decission?  March 29, 2004.

2.   With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post conviction procedure, such as <u>coram nobis</u> or habeas corpus?   No.

3.   With respect to this conviction or sentence, have you filed a previous petitoin for habeas corpus in **federal court**?   No.

**WITH RESPECT TO THIS CONVICTION OR SENTENCE, ARE THERE LEGAL PROCEEDINGS PENDING IN ANY COURT, OTHER THAN THIS PETITION?**   No.

### PART III   PETITIONER"S CLAIMS

(A)   Ground one:  EXCULPITORY EVIDENCE WAS DESTROYED THAT COULD HAVE PROVED THAT THE PETITOINER IS INNOCENT OF THE OFFENSE CHARGED.

In MArch or April of 1998, at the Ford County Sheriff's Department; a note from the petitioner's co-defendant, Carl Dueringer, was passed to another inmate, Christopher Goodrich.  The

-4-

Dueringer was passed from himself to a jail trustee, Christopher
Goodrich, who then delivered the note to Correctional Officer
Timothy Woodmansee.  The note said, " sorry about what happened, I
planned everything."  Goodrich did not want to get involved in this
matter, Officer Woodmansee told him that if he did not want to get
involved, then he should throw the note away.  Officer Woodmansee
admitted that he never read the note nor did he take possession of
the note.  He also admitted that he never filed an incident report
about the note.

The note was an admission of guilt by Carl Dueringer as to the
offense charged.  If that note had been handled as it should have,
the petitioner would have been able to admit it into evidense as to
her innocense and to Carl Dueringer's guilt.  The willful and
intentional disregard to this piece of evidence shows that the
State did not intend to give the petitioner a fair trial.

(B)  Ground two:  THE COURT DENIED THE PETITOINER A FAIR TRIAL WHEN
JUROR NUMBER 41 SUE JOHNSON WAS NOT DISMISSED WHEN SHE LIED UNDER
OATH DURING THE JURY SELECTION PROCESS.

Sue Johnson was given a list of witnesses.  She admitted to
knowing, Ellen Lee, the Prosecutor's wife.  She worked with the
petitioner and was familiar with hospital staff.  She never stated
that she was also familiar with the petitioner's family.  When
questioned later and read the witness list again, she admitted to
knowing the petitioner's step-father, Wayne McPherson, who had done
work in her home and was scheduled to do more for her in two weeks.
She also admitted to knowing petitoiner's step-brother Joshua
McPherson through school activities.  She also admitted to being an
acquaintance with Lt. Patrick Duffy.  The court denied defenses
cause challenge, instead the defense was to use a pre-emptory
challenge to excuse her.

-5-

highest court having jurisdiction?    Yes.

## PART IV   REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (A)  At preliminary hearing _Public Defender_

    (B) At arraignment and plea _Public Defender_

    (C) At trial _Charles Courtney_

    (D) At sentencing _Charles Courtney_

    (E) On appeal _Charles Courtney_

    (F) Post conviction proceedings _Paige Clark Strawn App. Def._

    (G) Other (state) _____

## PART V   FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?    No.

    WHEREFORE, petitioner prays that the court grants petitioner all relief to which she may be entitled in this proceeding.

                    I declare under penalty of perjury
                    that the foregoing is true and correct.

                    _Angela Little K87691_
                    Angela Little **K87691**
                    P.O. Box 5001
                    Dwight, Illinois  60420-5001

SUBSCRIBED AND SWORN TO BEFORE ME THIS _30_ day of _September_, 2004.

_Beatrice E. Stanley_
NOTARY PUBLIC

"OFFICIAL SEAL"
BEATRICE E. STANLEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/14/06

-7-

IN THE

US District Judicial Court
Central District of Illinois

Angela Little K87691 )
Plaintiff, )
)
) Case No. 04-1340
v. )
)
) FILED
Alyssa Williams, Warden )
Defendant

**PROOF/CERTIFICATE OF SERVICE**                OCT 0 4 2004

TO: U.S. District Court            TO:
Central District of Illinois    Lisa Madigan
201 S. Vine                     100 W. Randolph
218 U.S. Courthouse            Chicago, IL. 60601
Urbana, IL 61801

PLEASE TAKE NOTICE that on September 30, 2004, I have placed the
documents listed below in the institutional mail at Dwight Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: Habeas Corpus

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: September 30, 2004              /s/ Angela Little
                                     NAME: Angela Little
                                     IDOC#: K87611

                                     Dwight Correctional Center
                                     P.O. BOX 23813 E. 3200 N. Rd.
                                     Dwight, IL 60420

Revised Jan 2002