THE ~~CIRCUIT COURT FOR THE~~ US DISTRICT JUDICIAL COURT
CENTRAL DISTRICT OF ILLINOIS ~~COUNTY, ILLINOIS~~

Angela Little K87691 )
    Petitioner )
    v. ) No. 04-1340
Alyssa Williams, Warden )
    Respondent

FILED

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned (Petitioner/Respondent), __Angela Little__, respectfully moves the court to appoint counsel for (him/her) in this cause. In support, (Petitioner/Respondent) states:

1. I have been incarcerated continuously since __February 1998__, and am presently held in custody and residing at the __Dwight__ Correctional Center in __Dwight__ Illinois, County of __Livingston__.
2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.
3. I am without the services of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter.
4. I have a constitutional right to access to the courts, and without the assistance of counsel, my access to the courts will not be adequate, effective or meaningful because:
   __I have no legal background and no meaningful access to legal representation__
5. My (claim/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.
6. Since this matter concerns the (condition/duration) of my confinement, I have sought (institutional/administrative) review of this matter through the proper grievance procedures before this action was filed. (At this point state what, if any, action was taken or decision that was made concerning your grievances).

WHEREFORE, (Petitioner/Respondent) __Angela Little__, respectfully requests that counsel be appointed to represent (him/her) in this matter.

__Angela Little__
(Your Signature)

Type or print name __Angela Little__
Register number __K87691__
__Dwight__ Correctional Center
~~Box~~ __23813 E. 3200 N. Rd__
__Dwight__, Illinois __60420__
(Petitioner/Respondent), Pro Se

Revised Jan 2002