E-FILED
Monday, 01 November, 2004  12:00:25 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

```
ANGELA LITTLE,                    )
                                  )
        Petitioner,               )
                                  )
    v.                            )    No. 04-1340
                                  )
ALYSSA WILLIAMS,                  )
Warden, Dwight                    )
Correctional Center,              )
                                  )
        Respondent.               )
```

## O R D E R

Petitioner has filed an application to proceed in forma pauperis in connection with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The filing fee is only $5, 28 U.S.C. § 1914(a), and Petitioner receives a salary of $75 a month and has $60 in her institutional account.  Her IFP application (doc. no. 1) is therefore DENIED.  The Clerk shall return Petitioner's habeas corpus petition and close this case unless Petitioner pays the filing fee within 30 days of the date of this order.

Signed this 29th day of October 2004.

                                s/ Joe B. McDade
                                JOE BILLY McDADE
                           Chief United States District Judge