```
             U.S. District Court
      Central District of Illinois (Peoria)
   CIVIL DOCKET FOR CASE #: 1:04-cv-01340-JBM
```

Little v. Williams
Assigned to: Chief Judge Joe Billy McDade
Cause: 28:2254 Petition for Writ of Habeas Corpus

FILED
NOV 2 6 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Petitioner,                )
  Angela Little            )
                           )   Date Filed: 10/04/2004
     v.                    )   Nature of suit: 530 Habeas
                           )                   Corpus
Respondent,                )   Jurisdiction: Federal
  Alyssa Williams, Warden  )                  Questtion

---

MOTION FOR EXTENSION OF TIME

---

Petitioner, Angela Little, respectfully moves the court to enter an order granting her an extension of time to pay filing fees, and in support states:

1.) I am the petitioner in the above case.
2.) I am not represented by an attorney in this case.
3.) I am a prisoner committed to the custody of the Illinois Department of Corrections at Dwight Correctional Center, Dwight, Illinois.
4.) On October 04, 2004 a Federal Habeas Corpus was filed according to 28 U.S.C. sec. 2241 (c).
5.) As of November 11, petitioner had received no response on whether this case had been filed and contacted the U.S. District Court. (see exhibit A)
6.) On November 20, petitioner received a response from US District Court in Springfield. (see exhibit B)
7.) Petitioner discovered that a filing fee is needed by November 29, or the case will be dismissed.
8.) I need more time within which to prepare and pay for filing fees. WHEREFORE, I respectfully request an extension of 30 days from this date, within which to pay.

*Angela Little K87691*
Angela Little K87691
Dwight Correctional Center
23813 E. 3200 N. Rd.
Dwight, Illinois 60420
PRO SE

## VERIFICATION OF CERTIFICATION

I, Angela Little, the undersigned, certify and state that:

1.) I am the petitioner in the above captioned legal matter;
2.) I have read the foregoing application and have knowledge of its contents;

and

3.) Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_____
ANGELA LITTLE

Subscribed and sworn to before me this 3rd day of November, 2004.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Mark G. Spencer
Notary Public, State of Illinois
My Commission Exp. 06/08/2008

IN THE
U.S. District Court
Central District of Illinois (Peoria)
CIVIL DOCKET FOR CASE #: 1:04-cv-01340-JBM

Angela Little                )
Plaintiff,                   )
                             ) Case No. 1:04-CV-01340-JBM
     v.                      )
                             )
                             )
Alyssa Williams, Warden      )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Alyssa Williams, Warden

Dwight Correctional Center
23813 E. 3200 N. Rd.
Dwight, Illinois 60420

TO:
U.S. District Clerk's Office
Central District of Illinois
Peoria Division
100 N.E. Monroe
305 Federal Building
Peoria, Illinois 61602

PLEASE TAKE NOTICE that on November 23, 2004, I have placed the documents listed below in the institutional mail at Dwight Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion For Extension of Time

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 11/23/04

/s/ Angela Little
NAME: Angela Little
IDOC#: K87691

Dwight Correctional Center
P.O. BOX 23813 E. 3200 N. Rd.
Dwight, IL 60420

Revised Jan 2002

November 11, 2004

TO: U.S. District Court
From: Angela Kittler K87691

On October 1, 2004, I mailed out a Federal Habeas Corpus to your office and I still haven't received confirmation that this appeal was received or filed in the 4th district. Can you provide me with any information?

Thank you for your assistance in this matter. Your help is appreciated.

Sincerely,
Angela Kittler K87691
23813 E. 3200 N. Rd
Dwight, Ill 60420

Exhibit A



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

November 16, 2004

Angela Little
K87691
23813 E 3200 N Rd
Dwight, IL 60420


In searching our records I find no case for an "Angela Little" in the Springfield Division.

There is however a 28:2254 Petition for Writ of Habeas Corpus claim pending in our Peoria Illinois Division.

All further correspondence will need to be sent to that office. Their address is U.S. District Clerk's Office, Central District of Illinois, Peoria Division, 100 N.E. Monroe, 305 Federal Building, Peoria IL 61602.


Sincerely,


John M. Waters
Clerk, U.S. District Court

Exhibit B

HABEAS

## U.S. District Court
### Central District of Illinois (Peoria)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01340-JBM
### Internal Use Only

| | |
|---|---|
| Little v. Williams<br>Assigned to: Chief Judge Joe Billy McDade<br>Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Date Filed: 10/04/2004<br>Jury Demand: None<br>Nature of Suit: 530 Habeas Corpus (General)<br>Jurisdiction: Federal Question |

**Petitioner**
-----------------------

**Angela Little**　　　　　　　　　　　represented by **Angela Little**
　　　　　　　　　　　　　　　　　　　　　　　　　　　K87691
　　　　　　　　　　　　　　　　　　　　　　　　　　　DCC
　　　　　　　　　　　　　　　　　　　　　　　　　　　Dwight Correctional Center
　　　　　P O Box 5001
　　Dwight, IL 60420
　　815-584-2806
　　PRO SE

V.

**Respondent**
-----------------------

**Alyssa Williams,** *Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2004 | 1 | MOTION for Leave to Proceed in forma pauperis with proposed petition for writ of habeas corpus by Petitioner Angela Little. Responses due by 10/18/2004 (VB, ilcd) (Entered: 10/04/2004) |
| 10/04/2004 | 2 | MOTION to Appoint Counsel by Petitioner Angela Little. Responses due by 10/18/2004 (VB, ilcd) (Entered: 10/04/2004) |
| 10/29/2004 | 3 | ORDER entered by Judge Joe Billy McDade on 10/29/04 denying 1 Motion for Leave to Proceed in forma pauperis. The Clerk shall return Petitioner's Habeas Corpus Petition and close this case unless Petitioner pays the filing fee within 30 days of the date of this order. |

Exhibit B

|  |  |  |
|---|---|---|
|  |  | See written order. (CAD, ilcd) (Entered: 11/01/2004) |
| 10/29/2004 |  | Set/Reset Deadlines: Miscellaneous Deadline set 11/29/2004 for Petitioner to pay filing fee pursuant to order entered on 10/29/04. (CAD, ilcd) (Entered: 11/01/2004) |

Exhibit B

CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
151 U.S. COURTHOUSE
600 EAST MONROE ST.
SPRINGFIELD, IL  62701

OFFICIAL BUSINESS

Exhibit B