E-FILED
Monday, 06 December, 2004  11:14:05 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| ANGELA LITTLE, | ) |
| Petitioner, | ) |
| v. | ) No. 04-1340 |
| ALYSSA WILLIAMS,<br>Warden, Dwight<br>Correctional Center, | ) |
| Respondent. | ) |

## ORDER

Angela Little has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 (docket no. 5) challenging her conviction in state court in Ford County. Her case is hereby transferred to the Urbana Division of this District.

Signed this 6th day of December 2004.

s/ Joe B. McDade
_____
JOE BILLY McDADE
Chief United States District Judge